THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Leroy Alvin
 McKenzie, Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2011-UP-528
 Submitted November 1, 2011  Filed
December 2, 2011    

AFFIRMED

 
 
 
 Leroy A. McKenzie, pro se.
 Attorney General Alan M. Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, and Assistant Attorney General Alphonso Simon, Jr., all of Columbia;
 and Solicitor Ernest A. Finney, III, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Leroy
 Alvin McKenzie appeals the circuit court's order denying his post-trial
 motions, arguing the circuit court erred in not allowing him to amend a motion
 for a new trial after he exhausted his direct appeal.[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 Williams, 386 S.C. 503, 509, 690 S.E.2d 62, 65 (2010) ("In criminal
 cases, the appellate court sits to review errors of law only." (citation
 and internal quotation marks omitted)); Rule 29(a), SCRCrimP ("Except for
 motions for new trials based on after-discovered evidence, post trial motions
 shall be made within ten (10) days after the imposition of the
 sentence."); S.C. Code Ann. § 17-27-20 (2003) (providing that post-conviction
 relief is the exclusive remedy to challenge a conviction once a direct appeal
 is exhausted).
AFFIRMED.
FEW, C.J., THOMAS and
 KONDUROS, JJ., concur.

[1] Because they were never ruled on by the circuit
 court, all other issues raised by McKenzie are unpreserved for our review.  State
 v. Moore, 357 S.C 458, 464-65, 593 S.E.2d 608, 612 (2004) (holding that an
 issue must be raised to and ruled upon by the circuit court in order to be preserved
 for appellate review).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.